Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
Stephen C. Jarvis (*pro hac vice* pending)
*stephen@wawrzynlaw.com*
WAWRZYN & JARVIS LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone:  847.656.5848

*Attorneys for Plaintiff*
*Cooperative Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT,  INC.,<br><br>                     Plaintiff,<br><br>          v.<br><br>RIPPLE LABS, INC.,<br><br>                     Defendant. | Case No. 3:19-cv-6025<br><br>**L.R. 3-15 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Dynamic IP Deals LLC

Date: September 25, 2019

/s/ Todd C. Atkins
Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice* pending)
matt@wawrzynlaw.com
Stephen C. Jarvis (*pro hac vice* pending)
stephen@wawrzynlaw.com
WAWRZYN & JARVIS LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone:  847.656.5848

*Attorneys for Plaintiff*
*Cooperative Entertainment, Inc.*