AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

COOPERATIVE ENTERTAINMENT, INC.

*Plaintiff(s)*

v.

Civil Action No.  5:19-cv-6025 VKD

RIPPLE LABS INC.

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Ripple Labs Inc.
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Matthew M. Wawrzyn
    Wawrzyn & Jarvis LLC
    2700 Patriot Blvd., Suite 250
    Glenview, IL 60026

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  9/26/2019

*Signature of Clerk or Deputy Clerk*