AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: | ~~Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450~~<br>**Do not mail; see e-filing instructions at bottom of page.** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the Northern District of California  on the following ...

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-cv-6025 | DATE FILED<br>9/25/2019 | U.S. DISTRICT COURT<br>Northern District of California ||
|---|---|---|---|
| PLAINTIFF<br><br>COOPERATIVE ENTERTAINMENT, INC. || DEFENDANT<br><br>RIPPLE LABS, INC. ||
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK ||
| 1  9,432,452 | 8/30/2016 | COOPERATIVE ENTERTAINMENT, INC. ||
| 2 | | ||
| 3 | | ||
| 4 | | ||
| 5 | | ||

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading ||
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK<br>*Diane Miyashiro* | DATE<br>9/26/2019 |
|---|---|---|