QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  Brian E. Mack (Bar No. 275086)
  brianmack@quinnemanuel.com
  Kevin L. Jones (Bar No. 324068)
  kevinjones@quinnemanuel.com
50 California St, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Ripple Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| COOPERATIVE ENTERTAINMENT, INC.<br><br>          Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC.<br><br>          Defendant. | Case No. 5:19-cv-06025<br><br>**NOTICE OF APPEARANCE FOR KEVIN L. JONES**<br><br>**Complaint Filed:** September 25, 2019 |
|---|---|

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Kevin L. Jones of Quinn Emanuel Urquhart &

3  Sullivan, LLP hereby appears as counsel of record for defendant Ripple Labs, Inc.

4      Copies of all pleadings, papers, correspondence, and electronic filing notices

5  should be directed to:

6      Kevin L. Jones (Bar No. 324068)
       kevinjones@quinnemanuel.com
7      50 California Street, 22nd Floor
       San Francisco, California  94111
8      Telephone:   (415) 875-6600
       Facsimile:   (415) 875-6700
9

10

11  DATED:  October 25, 2019         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
12

13

14                                   By */s/ Kevin L. Jones*
                                        Kevin L. Jones
15                                      Attorney for for Ripple Labs, Inc.