QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Brian E. Mack (Bar No. 275086)
  brianmack@quinnemanuel.com
  Kevin L. Jones (Bar No. 324068)
  kevinjones@quinnemanuel.com
50 California St, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Ripple Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.<br><br>          Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC.<br><br>          Defendant. | Case No. 5:19-cv-06025<br><br>**NOTICE OF APPEARANCE FOR DAVID M. GRABLE**<br><br>**Complaint Filed:** September 25, 2019 |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that David M. Grable of Quinn Emanuel Urquhart

3  & Sullivan, LLP hereby appears as counsel of record for defendant Ripple Labs, Inc.

4      Copies of all pleadings, papers, correspondence, and electronic filing notices

5  should be directed to:

6      David M. Grable (Bar No. 237765)
    shonmorgan@quinnemanuel.com
7      865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
8      Telephone:   (213) 443-3000
    Facsimile:    (213) 443-3100
9

10 DATED:  October 25, 2019    QUINN EMANUEL URQUHART &
11     SULLIVAN, LLP

14     By  */s/ David M. Grable*
       David M. Grable
15        Attorney for for Ripple Labs, Inc.