QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  Brian E. Mack (Bar No. 275086)
  brianmack@quinnemanuel.com
  Kevin L. Jones (Bar No. 324068)
  kevinjones@quinnemanuel.com
50 California St,  22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Ripple Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.<br><br>            Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC.<br><br>            Defendant. | Case No. 5:19-cv-06025<br><br>**NOTICE OF APPEARANCE FOR BRIAN E. MACK**<br><br>**Complaint Filed:** September 25, 2019 |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Brian E. Mack of Quinn Emanuel Urquhart &

3   Sullivan, LLP hereby appears as counsel of record for defendant Ripple Labs, Inc.

4          Copies of all pleadings, papers, correspondence, and electronic filing notices

5   should be directed to:

6          Brian E. Mack (Bar No. 275086)
           brianmack@quinnemanuel.com
7          50 California Street, 22nd Floor
           San Francisco, California 94111
8          Telephone:  (415) 875-6600
           Facsimile:   (415) 875-6700
9

10  DATED:  October 25, 2019          QUINN EMANUEL URQUHART &
11                                    SULLIVAN, LLP

12

13

14                                    By _/s/ Brian E. Mack_____
                                         Brian E. Mack
15                                       Attorney for for Ripple Labs, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                                                        Case No. 5:19-cv-06025