| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David M. Grable (Bar No. 237765)<br>  davegrable@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>  Brian E. Mack (Bar No. 275086)<br>  brianmack@quinnemanuel.com<br>  Kevin L. Jones (Bar No. 324068)<br>  kevinjones@quinnemanuel.com<br>50 California St, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>Attorneys for Ripple Labs, Inc. | ATKINS & DAVIDSON, APC<br>  Todd C. Atkins (Bar No. 208879)<br>  tatkins@atkinsdavidson.com<br>2261 Rutherford Road<br>Carlsbad, CA 92008<br>Tel: 619.665.3476<br><br>WAWRZYN & JARVIS LLC<br>  Stephen C. Jarvis (*pro hac vice* pending)<br>  *stephen@wawrzynlaw.com*<br>  Matthew M. Wawrzyn (*pro hac vice* pending)<br>  *matt@wawrzynlaw.com*<br>2700 Patriot Blvd, Suite 250<br>Glenview, IL 60026<br>Telephone: 847.656.5864<br><br>Attorneys for Cooperative Entertainment, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.<br><br>            Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC.<br><br>            Defendant. | Case No. 5:19-cv-06025-YGR<br><br>**JOINT STIPULATION TO EXTEND RIPPLE LABS, INC.'S TIME TO RESPOND TO THE COMPLAINT**<br><br>**Complaint Filed:** September 25, 2019 |

Plaintiff Cooperative Entertainment, Inc. and defendant Ripple Labs, Inc., through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, plaintiff initially filed the present action on September 25, 2019;

WHEREAS, Ripple Labs, Inc. was served with plaintiff's complaint ("Complaint") and summons on November 4, 2019;

WHEREAS, the parties have conferred and have agreed, for good cause, that the deadline for Ripple Labs, Inc. to answer or otherwise respond to the Complaint shall be extended to January 9, 2020;

WHEREAS, IT IS HEREBY STIPULATED AND AGREED that:

Ripple Labs, Inc. shall answer or otherwise respond to the Complaint by January 9, 2020.

IT IS SO STIPULATED.

DATED: November 12, 2019          Respectfully submitted,

                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By  */s/ David M. Grable*
                                      David M. Grable
                                      Attorneys for Ripple Labs, Inc.

DATED: November 12, 2019          Atkins & Davidson, APC


                                  By  */s/ Todd C. Atkins*
                                      Todd C. Atkins
                                      Attorneys for Cooperative Entertainment, Inc.

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |
| 2 | Pursuant to Local Rule 5-1(i)(3), I attest that the foregoing electronic |
| 3 | signature of Todd C. Atkins concurs in the filing's content and has authorized the |
| 4 | filing. |
| 5 | /s/   David M. Grable |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |