Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone:  847.656.5848

*Attorneys for Cooperative Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS, INC., <br><br> Defendant. | Case No. 3:19-cv-06025 (YGR) <br><br> **NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT** |

Pursuant to Patent Local Rule 2-1, plaintiff Cooperative Entertainment, Inc. hereby gives notice that the following action, filed within two years of this action by the same plaintiff, concerns the same patent as this action:

- *Cooperative Entertainment, Inc. v. Crowd Machine, Inc.*, Case No. 19-cv-06012 (SVK)

Date: December 6, 2019

*/s/ Todd Atkins*
Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5848

*Attorneys for Cooperative Entertainment, Inc.*