QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  Brian E. Mack (Bar No. 275086)
  brianmack@quinnemanuel.com
  Kevin L. Jones (Bar No. 324068)
  kevinjones@quinnemanuel.com
50 California St, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Ripple Labs, Inc.

ATKINS & DAVIDSON, APC
  Todd C. Atkins (Bar No. 208879)
  tatkins@atkinsdavidson.com
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

WAWRZYN & JARVIS LLC
  Stephen C. Jarvis (*pro hac vice* pending)
  stephen@wawrzynlaw.com
  Matthew M. Wawrzyn (*pro hac vice* pending)
  matt@wawrzynlaw.com
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5864

Attorneys for Cooperative Entertainment, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.<br><br>          Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC.<br><br>          Defendant. | Case No. 3:19-cv-06025-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Complaint Filed:** September 25, 2019 |

Pursuant to this Court's Civil Standing Order ("Civil Order") ¶ 14, Plaintiff Cooperative Entertainment, Inc. ("Cooperative Entertainment") and defendant Ripple Labs, Inc. ("Ripple") (collectively "the Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Cooperative Entertainment filed its complaint on September 25, 2019 (Dkt. 1);

WHEREAS, the Parties stipulated to extend the deadline for Ripple to respond to the complaint to January 9, 2020 (Dkt. 20);

WHEREAS, the Court set the Initial Case Management Conference for January 8, 2020 with the Case Management Statement due by January 2, 2020;

WHEREAS, Defendant presently intends to file a dispositive motion to dismiss on or before the deadline to respond to the complaint, January 9, 2020;

WHEREAS, Plaintiff and Defendant wish to continue the Initial Case Management Conference to 13 days after the hearing on the dispositive motion to dismiss pursuant to Civil Order ¶ 14;

WHEREAS, this continuance shall not alter the date of any other events or deadlines already affixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

1. The initial Case Management Conference be continued to 13 days after the hearing on the dispositive motion to dismiss; and
2. The Case Management Statement deadline be reset to 7 days before the initial Case Management Conference.

1  DATED: December 18, 2019          Respectfully submitted,

2                                     QUINN EMANUEL URQUHART &
3                                     SULLIVAN, LLP

4

5                                     By  */s/ David M. Grable*
                                          David M. Grable
6                                         Attorneys for Ripple Labs, Inc.

7

8  DATED: December 18, 2019          Atkins & Davidson, APC

9

10                                    By  */s/ Todd C. Atkins*
                                          Todd C. Atkins
11                                        Attorneys for Cooperative Entertainment,
                                          Inc.
12

13

14                     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16  DATED: December __, 2019

17

18                                    _____
                                      Hon. Vince Chhabria
19                                    United States District Judge

20

21

22

23

24

25

26

27

28

-2- Case No. 3:19-cv-06025-VC
JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I attest that the foregoing electronic signature of Todd C. Atkins concurs in the filing's content and has authorized the filing.

Dated: December 18, 2019        /s/   Brian E. Mack