UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS, INC., <br><br> Defendant. | Case No. 19-cv-06025-VC <br><br> **ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 26 |

The stipulation is denied without prejudice. If the parties wish to continue the initial case management conference, they should submit a new stipulation laying out a specific schedule for briefing the motion to dismiss, and a specific date for the case management conference.

**IT IS SO ORDERED.**

Dated: December 19, 2019

VINCE CHHABRIA
United States District Judge