QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Brian E. Mack (Bar No. 275086)
  brianmack@quinnemanuel.com
  Kevin L. Jones (Bar No. 324068)
  kevinjones@quinnemanuel.com
50 California St, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Ripple Labs, Inc.

ATKINS & DAVIDSON, APC
  Todd C. Atkins (Bar No. 208879)
  tatkins@atkinsdavidson.com
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

WAWRZYN & JARVIS LLC
  Stephen C. Jarvis (*pro hac vice* pending)
  stephen@wawrzynlaw.com
  Matthew M. Wawrzyn (*pro hac vice* pending)
  matt@wawrzynlaw.com
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5864

Attorneys for Cooperative Entertainment, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC.<br><br>Defendant. | Case No. 3:19-cv-06025-VC<br><br>**JOINT STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Complaint Filed:** September 25, 2019 |

Pursuant to this Court's Civil Standing Order ("Civil Order") ¶ 14, Plaintiff Cooperative Entertainment, Inc. ("Cooperative Entertainment") and defendant Ripple Labs, Inc. ("Ripple") (collectively "the Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Cooperative Entertainment filed its complaint on September 25, 2019 (Dkt. 1);

WHEREAS, the Parties stipulated to extend the deadline for Ripple to respond to the complaint to January 9, 2020 (Dkt. 20);

WHEREAS, the Court set the Initial Case Management Conference for January 8, 2020 with the Case Management Statement due by January 2, 2020;

WHEREAS, Defendant presently intends to file a dispositive motion to dismiss on or before the deadline to respond to the complaint, January 9, 2020;

WHEREAS, the Parties wish to continue the Initial Case Management Conference to 13 days after the hearing on the dispositive motion to dismiss pursuant to Civil Order ¶ 14;

WHEREAS, this continuance shall not alter the date of any other events or deadlines already affixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

1. The initial Case Management Conference be continued to after the hearing on the dispositive motion to dismiss and the Case Management Statement deadline be reset to 7 days before the initial Case Management Conference.

2. The Court adopt the proposed schedule below:

| Event | Date |
|---|---|
| Deadline for Ripple to Respond to the Complaint | January 9, 2020 |
| Deadline for Ripple to file a dispositive Motion to Dismiss | January 9, 2020 |

| | |
|---|---|
| Deadline for Cooperative Entertainment to file an Opposition to the Motion to Dismiss | January 23, 2020 |
| Deadline for Ripple to file a Reply in Support of its Motion to Dismiss | January 30, 2020 |
| Hearing on Dispositive Motion to Dismiss | February 13, 2020 |
| Deadline for Parties to file the Joint Case Management Statement | February 19, 2020 |
| Initial Case Management Conference | February 26, 2020 |

DATED:  December 20, 2019    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ David M. Grable*
    David M. Grable
    Attorneys for Ripple Labs, Inc.

DATED:  December 20, 2019    Atkins & Davidson, APC


By  */s/ Todd C. Atkins*
    Todd C. Atkins
    Attorneys for Cooperative Entertainment, Inc.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:  January 2, 2020

_____
Hon. Vince Chhabria
United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I attest that the foregoing electronic signature of Todd C. Atkins concurs in the filing's content and has authorized the filing.

Dated: December 20, 2019     /s/   David M. Grable