AO 120 (Rev. 08/10) (CAND version 7/18)

REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following . . .

☐ Trademarks or    ☒ Patents.    (☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 19-cv-6025 VC | 1/23/2020 | Northern Dist. of CA |
| PLAINTIFF | | DEFENDANT |
| Cooperative Entertainment., Inc. | | Ripple Labs, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached amended complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above – entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☒ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached amended complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above – entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Susan Y. Soong | *signature* | 1/23/2020 |

**E-filing instructions: Please save and e-file in CM/ECF under
Other Filings > Other Documents > Patent/Trademark Report.**