UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS, INC., <br><br> Defendant. | Case No. 19-cv-06025-VC <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** <br><br> Re: Dkt. No. 30 |

As Cooperative Entertainment has filed an amended complaint, and Ripple Labs has not filed a reply brief, the motion to dismiss the original complaint is denied as moot. Ripple Labs's response to the amended is complaint is due Thursday, February 6, 2020.

**IT IS SO ORDERED.**

Dated: February 4, 2020

VINCE CHHABRIA
United States District Judge